IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:  15-cv-02652-RBJ | Date:  May 30, 2017 |
| Courtroom Deputy:  Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| ANTHONY B. KERRIGONE<br>ABK LLC<br>**Plaintiffs** | *Tobin D. Kern* |
| v. | |
| WILSON-DAVIS & CO INC<br>**Defendant** | *Richard F. Ensor* |

## COURTROOM MINUTES

**TELEPHONE DISCOVERY CONFERENCE**

Court in Session: 8:28 a.m.

Appearance of counsel – all counsel appear via telephone.

Discussion held on discovery disputes.

**ORDERED:  Defendant will turn over unredacted invoices and time sheets and answer to the interrogatory for the time period in question, as indicated on the record.**

Court in Recess:  8:47 a.m.          Hearing concluded.          Total time in Court:  00:19