**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:15-cv-02652-RBJ**

ABK LLC, a Colorado limited liability company; and
ANTHONY B. KERRIGONE, an individual,

    Plaintiffs/Counterclaim-defendants,

v.

WILSON-DAVIS & CO., INC., a Utah corporation

    Defendant/Counterclaim-plaintiff

---

**PROPOSED UNDISPUTED AND DISPUTED JURY INSTRUCTIONS**

Plaintiffs/Counterclaim-defendants ABK, LLC and Anthony B. Kerrigone (collectively "Plaintiffs") and Defendant/Counterclaim-plaintiff Wilson-Davis & Co. Inc. ("Defendant"), by and through their undersigned counsel, submit their proposed jury instructions. The parties' undisputed jury instructions are attached hereto as Exhibit A. Plaintiffs' proposed instructions that are disputed by Defendant are attached hereto as Exhibit B, and Defendant's proposed instructions that are disputed by Plaintiffs are attached hereto as Exhibit C.

Respectfully submitted this 17th day of August 2017.

    MICHAEL BEST & FRIEDRICH LLP

    *s/ Richard F. Ensor*
    Richard F. Ensor
    Michael C. Barnhill
    6995 Union Park Center, Suite 100
    Salt Lake City, Utah 84047
    (801) 833-0506
    rfensor@michaelbest.com
    mcbarnhill@michaelbest.com
    **ATTORNEY FOR DEFENDANT/COUNTERCLAIM-PLAINTIFF WILSON-DAVIS & CO., INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 17th day of August, 2017, a true and correct copy of the foregoing **PROPOSED UNDISPUTED AND DISPUTED JURY INSTRUCTIONS** was filed with the Clerk of the United States District Court for the District of Colorado using the CM/ECF system, and served upon the following:

Tobin D. Kern
Volant Law LLC
333 W. Hampden Ave., Ste. 1000
Englewood, CO 80110
tkern@volantlaw.com


                                              *s/ Michael C. Barnhill*