**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:15-cv-02652-RBJ**

ABK LLC, a Colorado limited liability company; and
ANTHONY B. KERRIGONE, an individual,

    Plaintiffs/Counterclaim-defendants,

v.

WILSON-DAVIS & CO., INC., a Utah corporation

    Defendant/Counterclaim-plaintiff.

---

**DEFENDANT/COUNTERCLAIM-PLAINTIFF'S PRETRIAL DISCLOSURES**

---

Defendant/Counterclaim-plaintiff Wilson-Davis & Co., Inc. ("Wilson-Davis"), by and through its undersigned counsel, hereby makes its pretrial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure. Wilson-Davis expressly reserves the right to supplement these disclosures.

**A.** **Wilson-Davis intends to call the following witnesses at trial in this matter:**

    1.    Tony Kerrigone

    2.    Lyle Davis

    3.    Byron Barkley

    4.    Jim Kruse, Esq.

    5.    Richard Ensor, Esq.

    6.    Michael McPhail, Esq.

**B.** **Wilson-Davis might call the following witnesses at trial:**

    1.    Brian Neal Hoffman

    2.    Randy Fons

    3.    Tobin Kern

    4.    Jim Snow

    5.    Jeff Oraker

    6.    Jay Scoggins

    7.    Danielle Voorhees

    8.    Zachary Carlyle

**C.**    **Wilson-Davis intends to offer the following exhibits:**

| No. | Date | Description |
|---|---|---|
| 1. | 9/29/2008 | Independent Contractor Agreement (ABKWD00001-00007) |
| 2. | 7/3/2013 | Confidential Mutual Release and Settlement Agreement (ABKWD00022-00047) |
| 3. | | Market Maker Applications for AMWI, NSRS, GWBU, PRTN and SNPK (WILSON-DAVIS 4869 to 4873) |
| 4. | 9/30/2013 to 11/11/2014 | Collection of correspondence between Wilson-Davis & Co., Inc. and the U.S. Securities and Exchange Commission |
| 5. | 4/7/2016 | SEC Wells Letter (WILSON-DAVIS 0466-0471) |
| 6. | 5/12/2016 | Wells Statement of Wilson-Davis & Co., Inc. to SEC (WILSON-DAVIS 0472-0532) |
| 7. | | Order Instituting Administrative and Cease-and-Desist Proceedings, Pursuant to Sections 15(b) and 21C of the Securities Exchange Act of 1934 and Notice of Hearing (WILSON-DAVIS 4731-4744) |
| 8. | | Offer of Settlement of Wilson-Davis & Company, Inc. (WILSON-DAVIS 4767-4787) |
| 9. | | Order Making Findings and Imposing Remedial Sanctions and a Cease-and-Desist Order Pursuant to Sections 15(b) and 21C of the Securities Exchange Act of 1934 regarding Wilson-Davis (WILSON-DAVIS 4889-4903) |
| 10. | 11/30/2016 | Offer of Settlement of Anthony B. Kerrigone |
| 11. | | Order Instituting Cease-and-Desist Proceedings Pursuant to |

| | | |
|---|---|---|
| | | Section 21C of the Securities Exchange Act of 1934, Making Findings, and Imposing a Cease-and-Desist Order (WILSON-DAVIS 4722-4730) |
| 12. | 3/5/2014 | Email from R. Ensor to T. Kern enclosing 2/13/2014 letter from SEC (WILSON-DAVIS 0080-0090) |
| 13. | 12/16/2016 | Department of Enforcement Complaint against Wilson-Davis & Co., Inc., James C. Snow, and Byron B. Barkley (WILSON-DAVIS 4745-4766) |
| 14. | 6/19/2017 | Wilson-Davis & Co., Inc.'s Supplemental Responses to Plaintiffs' Second Set of Written Discovery and Exhibits A-B thereto (WILSON-DAVIS 4904-4988) |

### D. Wilson-Davis might offer the following exhibits:

| No. | Date | Description |
|---|---|---|
| 1. | 3/26/2013 to 4/2/2015 | Correspondence to and from FINRA re: Matter No. 20120327318 |
| 2. | 6/26/2015, 8/7/2015 | FINRA Wells Notice and Response (WILSON-DAVIS 0439-0441, 0447-0465) |
| 3. | 5/28/2015 | Transcript of SEC OTR Testimony of Anthony B. Kerrigone *In the Matter of Wilson-Davis & Co., Inc.*, File No. D-03391 (WILSON-DAVIS 4599-4708) |
| 4. | 3/14/2017 | Transcript of Deposition of Anthony B. Kerrigone |
| 5. | 1/7/2014 | Transcript of FINRA OTR Testimony of Anthony B. Kerrigone, FINRA Matter No. 20120327318 |
| 6. | 5/3/2017 | Letter from R. Ensor to SEC enclosing disgorgement funds (WILSON-DAVIS 6101-6102) |
| 7. | 5/16/2017 | Letter from R. Ensor to SEC enclosing disgorgement funds (WILSON-DAVIS 6103-6104) |
| 8. | 11/26/2013 to 11/3/2015 | Collection of correspondence between FINRA and Counsel for Anthony B. Kerrigone; collection of correspondence between the SEC and counsel for Anthony B. Kerrigone |
| 9. | 12/15/2015 | Wilson-Davis account statement for ABK LLC (WILSON-DAVIS 0008-0010) |
| 10. | | Compensation paid to Anthony B. Kerrigone by Wilson-Davis |

from 2009-2013 (ABKWD00135-00139)

| | | |
|---|---|---|
| 11. | | Anthony Kerrigone Trading Account Profit (Loss) Records for 11/1/2011 to 12/31/2012 (WILSON-DAVIS 4875-4888) |
| 12. | | Wilson-Davis Payments to Anthony Kerrigone on Five Stocks in SEC Complaint (WILSON-DAVIS 4784) |
| 13. | 10/9/2014 to 11/6/2014 | Correspondence between counsel for Anthony Kerrigone and Wilson-Davis (WILSON-DAVIS 0091-0104, ABKWD00117) |
| 14. | 10/30/2013 | Email from Richard Ensor to Tobin Kern enclosing correspondence from Richard Ensor to FINRA (WILSON-DAVIS 0011-0014) |
| 15. | 11/19/2013 | Collection of correspondence re: Draft Joint Defense Agreement (WILSON-DAVIS 0016-0042) |
| 16. | 4/2/2015, 4/8/2015 | T. Kern email to R. Ensor (WDCO 0105-0108) |
| 17. | 12/2/2013 | Collection of correspondence between counsel regarding Joint Defense Agreement (WILSON-DAVIS 0048-0055) |
| 18. | 7/2/2015 | FINRA Wells Notice to Anthony Kerrigone (ABKWD00127) |
| 19. | 11/3/2015 | Kerrigone/FINRA Letter of Acceptance, Waiver and Consent No. 2012032731801 (ABKWD00128-00134) |
| 20. | 3/22/2016 | Letter from T. Kern to J. Oraker at SEC re: Request for Formal Order of Investigation |
| 21. | 3/25/2016 | SEC Formal Order of Investigation to Anthony Kerrigone |
| 22. | | Excel Spreadsheet detailing Kerrigone Quotes on SEC Stocks |
| 23. | | Kerrigone Trades in SEC Stocks – Batched |
| 24. | | Kerrigone Trades in SEC Stocks – Unbatched |
| 25. | | Kerrigone ARCA on SEC Stocks |
| 26. | | Kerrigone AUTO on SEC Stocks |

DATED this 18th day of August 2017.

    MICHAEL BEST & FRIEDRICH LLP

    *s/ Richard F. Ensor*
    Richard F. Ensor
    Michael C. Barnhill
    6995 Union Park Center, Suite 100
    Salt Lake City, Utah 84047
    (801) 833-0506
    rfensor@michaelbest.com
    mcbarnhill@michaelbest.com
    *Attorneys for Defendant/Counterclaim-plaintiff Wilson-Davis & Co., Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 18th day of August, 2017, the foregoing was sent via Electronic Mail to the following:

Tobin D. Kern
Volant Law LLC
333 W. Hampden Ave., Ste. 1000
Englewood, CO 80110
tkern@volantlaw.com

By: *s/ Richard F. Ensor*
Richard F. Ensor
Michael C. Barnhill
Michael Best & Friedrich, LLP
6995 Union Park Center, Suite 100
Salt Lake City, Utah 84047
(801) 833-0506
rfensor@michaelbest.com
mcbarnhill@michaelbest.com