# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:15-cv-02652-RBJ**

ABK LLC, a Colorado limited liability company; and
ANTHONY B. KERRIGONE, an individual,

    Plaintiffs/Counterclaim-defendants,

v.

WILSON-DAVIS & CO., INC., a Utah corporation,

    Defendant/Counterclaim-plaintiff.

## DEFENDANT'S OBJECTIONS TO PLAINTIFFS' TRIAL WITNESS LIST AND EXHIBIT LIST

Defendant/Counterclaim-plaintiff Wilson-Davis & Co. Inc. ("Defendant" or "Wilson-Davis"), by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 26(3)(B), hereby objects to the following disclosures made by Plaintiffs/Counterclaim-defendants ABK, LLC and Anthony B. Kerrigone ("Plaintiffs"). As set forth in Rule 26(3)(B), Wilson-Davis hereby reserves all objections under Federal Rule of Evidence 402 or 403.

### WITNESSES

| Name | Objection |
|---|---|
| Tom King | Mr. King was not included in Plaintiffs' Rule 26 initial disclosures and was only identified as a person with knowledge relevant to this case in the past two weeks. |

### EXHIBITS

| Number | Description | Objection |
|---|---|---|
| 45 | Ensor-SEC correspondence re Order | Settlement communications protected by Rule 408 |
| 46 | Barkley-SEC Offer of Settlement | Settlement communications protected by Rule 408 |

| 47 | P. Davis- SEC Offer of Settlement | Settlement communications protected by Rule 408 |
|---|---|---|
| 54 | FINRA OHO – WDCO Response | Foundation; hearsay |
| 56 | SEC – WDCO Offer of Settlement | Settlement communications protected by Rule 408 |
| 63 | P. Davis SEC Testimony | Hearsay |

Wilson-Davis reserves the right to make further objections at trial in the matter as necessary.

DATED this 24th day of August 2017.

MICHAEL BEST & FRIEDRICH LLP

*s/ Richard F. Ensor*
Richard F. Ensor
Michael C. Barnhill
6995 Union Park Center, Suite 100
Salt Lake City, Utah 84047
(801) 833-0506
rfensor@michaelbest.com
mcbarnhill@michaelbest.com
**ATTORNEY FOR DEFENDANT/COUNTERCLAIM-PLAINTIFF WILSON-DAVIS & CO., INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August, 2017, a true and correct copy of the foregoing was served upon the following via electronic mail:

Tobin D. Kern
Volant Law LLC
333 W. Hampden Ave., Ste. 1000
Englewood, CO 80110
tkern@volantlaw.com

*s/ Richard F. Ensor*