8-23-17

# PLAINTIFFS' ABK, LLC AND KERRIGONE
# TRIAL EXHIBIT LIST (Preliminary)

U.S. District Court, District of Colorado

**Plaintiff:** ABK, LLC and Anthony B. Kerrigone

v.

**Defendant:** Wilson-Davis & Co., Inc.

**Case No.: 1:15-cv-02652-RBJ**

| Exhibit No. | Date | Description | Bates No. / Deposition Ex. No. | Offered | Stipulated | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 1 | 08-09-29 | Independent Contractor Agreement | ABK 1-7 | | | | |
| 2 | 09-01-01 | TK Compensation Report 09 to 13 | ABK 135-139 | | | | |
| 3 | 10-07-16 | ABK, LLC Cash Acct Application | ABK 8-15 | | | | |
| 4 | 10-09-22 | Sample market-maker Applications | WD 4869-4873 | | | | |
| 5 | 12-02-07 | WDCO Written Supervisory Procedures Manual – Excerpts | WD 533-551; 798-801; 881 – 884; 909-910 | | | | |
| 6 | 12-06-07 | King-Barkley email re GWBU | | | | | |
| 7 | 12-12-11 | Sample Annual Certification | No Bates | | | | |
| 8 | 13-01-21 | Sample WDCO phone bill – Denver office | No Bates | | | | |
| 9 | 13-03-26 | Finra Investigation Ltr 1 | ABK 16-18 | | | | |
| 10 | 13-04-25 | Sample Daily Position Report | WD 518 - 521 | | | | |
| 11 | 13-06-21 | Sample SHO Report | WD 397 | | | | |
| 12 | 13-07-03 | Settlement Agreement | ABK 22-47 | | | | |

8-23-17

| Exhibit No. | Date | Description | Bates No. / Deposition Ex. No. | Offered | Stipulated | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 13 | 13-07-23 | Finra Investigation Ltr 2 and WDCO response | ABK 48-55 | | | | |
| 14 | 13-08-01 | WDCO Market Maker List 2012 | WD 257-272 | | | | |
| 15 | 13-09-30 | SEC Exam Findings Ltr 1 | WD 110-116 | | | | |
| 16 | 13-10-25 | SEC Exam Findings Ltr 2 | ABK 59-67 | | | | |
| 17 | 13-11-22 | Email – Redlined JDA | WD 22-27 | | | | |
| 18 | 13-12-02 | WDCO response to SEC Exam Findings | ABK 76-81 | | | | |
| 19 | 13-12-12 | SEC Formal Order of Investigation | No Bates | | | | |
| 20 | 13-12-27 | Email corresp re ABK, LLC acct – expenses claimed by WDCO | ABK 85-86 | | | | |
| 21 | 14-01-10 | SEC Reply re Exam Findings | ABK 87-88 | | | | |
| 22 | 14-02-13 | SEC Enforcement Investigation Ltr to WDCO | ABK 89-98 | | | | |
| 23 | 14-02-25 | Finra Follow-up Investigation Ltr | WD 372-378 | | | | |
| 24 | 14-02-28 | WDCO Response to SEC Enforcement Investigation Ltr | WD 133-135 | | | | |
| 25 | 14-03-14 | WDCO Checklists and Follow-up Response to SEC Enforcement | WD 138-144 | | | | |
| 26 | 14-04-18 | WDCO – Carlson Ltr Resp to Finra | WD 417-418 | | | | |
| 27 | 14-04-18 | WDCO – Powers Ltr Resp to Finra | WD 419-420 | | | | |
| 28 | 14-05-28 | SEC Sbp to B Barkley | WD 167-177 | | | | |
| 29 | 14-05-28 | SEC Sbp to L Davis | WD 157-166 | | | | |
| 30 | 14-09-10 | Finra sbp ltrs to various | WD 422-435 | | | | |
| 31 | 14-10-09 | WDCO Ltr re ABK, LLC Acct Freeze | ABK 105 | | | | |

8-23-17

| Exhibit No. | Date | Description | Bates No. / Deposition Ex. No. | Offered | Stipulated | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 32 | 14-10-20 | SEC sbp to P Davis | WD 206-226 | | | | |
| 33 | 14-10-20 | SEC sbp to Snow | WD 227-238 | | | | |
| 34 | 14-10-21 | Kerr Ltr re ABK, LLC Acct Freeze | ABK 106-107 | | | | |
| 35 | 14-11-04 | WDCO Reply re ABK Acct Freeze | ABK 108-116 | | | | |
| 36 | 14-11-06 | Kerr Reply re ABK Acct Freeze | ABK 117 | | | | |
| 37 | 14-12-01 | ABK, LLC Acct Printout | WD 8-10 | | | | |
| 38 | 15-06-26 | Finra Wells Notice WD – Snow-BB-CP | WD 439-441 | | | | |
| 39 | 15-07-02 | Finra Wells Notice to Kerrigone | ABK 127 | | | | |
| 40 | 15-08-07 | WDCO Wells Response to Finra | WD 447-465 | | | | |
| 41 | 15-11-03 | Finra AWC – Kerrigone | ABK 128-133 | | | | |
| 42 | 15-11-13 | Kerrigone Complaint | | | | | |
| 43 | 15-12-15 | WDCO Answer and Counterclaims | No Bates | | | | |
| 44 | 16-04-07 | SEC Wells Notice BB-WD-PD | WD 466-471 | | | | |
| 45 | 16-11-28 | Ensor-SEC corresp re Order | WD 6105 - 06 | | | | |
| 46 | 16-11-30 | Barkley-SEC Offer of Settlement | WD 6067 - 82 | | | | |
| 47 | 16-11-30 | P Davis-SEC Offer of Settlement | WD 6083 - 97 | | | | |
| 48 | 16-12-01 | Invoices 12-16 and 1-17 | WD 4788-4794 | | | | |
| 49 | 16-12-16 | Finra OHO Complaint WD-BB-PD | WD 4745-4766 | | | | |
| 50 | 16-12-16 | SEC OIP AK | WD 4722-4730 | | | | |
| 51 | 16-12-16 | SEC OIP BB PD | WD 4709-4721 | | | | |
| 52 | 16-12-16 | SEC OIP WDCO | WD 4731-4744 | | | | |

8-23-17

| Exhibit No. | Date | Description | Bates No. / Deposition Ex. No. | Offered | Stipulated | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 53 | 16-12-16 | SEC Press Release | No Bates | | | | |
| 54 | 17-01-13 | Finra OHO – WDCO Response | WD 6412 - 29 | | | | |
| 55 | 17-02-08 | ABK, LLC Statement – Acct Values | WD 4868 | | | | |
| 56 | 17-02-13 | SEC – WDCO Offer of Settlement | WD 4767-4787 | | | | |
| 57 | 17-03-10 | WDCO Discovery Responses | No Bates | | | | |
| 58 | 17-04-26 | SEC – WDCO Order | WD 4889-4903 | | | | |
| 59 | 17-06-20 | Redacted Invoices | WD 4904-4988 | | | | |
| 60 | 17-07-06 | Invoice Redactions | WD 4989-5005 | | | | |
| 61 | | Barkley SEC Testim 6-13-14 | | | | | |
| 62 | | L Davis SEC Testim 6-12-14 | | | | | |
| 63 | | P Davis SEC Testim 10-28-14 | | | | | |
| 64 | Undated | Summary Chart for ABK 135 - 139 | | | | | |
| 65 | Undated | WDCO Organizational Chart | WDCO/SEC1 | | | | |
| 66 | Undated | Sec 21C, Securities Exchange Act | No Bates | | | | |
| 67 | Undated | SEC Reg SHO – Sec. 203 and 204 | No Bates | | | | |
| 68 | Undated | SEC Rule 15c3-5 – Market Access | | | | | |
| | | Missing item –Oct '14 ABK statement | | | | | |
| | | Any exhibit designated by WDCO | | | | | |
| | | Any exhibit for impeachment, rebuttal | | | | | |