*8-18-17*

# PLAINTIFFS' ABK, LLC AND KERRIGONE
# TRIAL WITNESS LIST (Preliminary)

U.S. District Court, District of Colorado
**Plaintiff:** ABK, LLC and Anthony B. Kerrigone
v.
**Defendant:** Wilson-Davis & Co., Inc.
**Case No.:** 1:15-cv-02652-RBJ

A.  **Plaintiff's "Will Call" Witnesses**

1. Mr. Anthony Kerrigone
   c/o Volant Law, LLC
   333 W. Hampden Ave., Ste. 1000
   Englewood, CO  80110

2. Mr. Jeff Thomas, Esq.
   Thomas Law, LLC
   50 S. Steele Street, Suite 250
   Denver, Colorado  80209
   (720) 330-2805

3.

B.  **Plaintiff's "May Call" Witnesses**

1. Mr. Tom King
   Addr:  469 S. Pennsylvania St., Denver, CO, 80209
   (303) 625-5011

2. Mr. Byron Barkley
   c/o WDCO counsel

3. Mr. Lyle Davis
   c/o WDCO counsel

4. Mr. Paul Davis
c/o WDCO counsel

5. Mr. Rick Ensor
c/o WDCO counsel

6. Mr. Jim Snow
c/o WDCO counsel

7. Jay Scoggins
SEC Enforcement, Denver
1961 Stout Street, Ste. 1700
Denver, CO  80294
303-844-1000

8. Jeff Oraker
SEC Enforcement, Denver
1961 Stout Street, Ste. 1700
Denver, CO  80294
303-844-1000

9. Jim Kruse
c/o WDCO counsel

10. Any witness designated or called by WDCO