IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: | 15-cv-02652-RBJ | Date: August 25, 2017 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| ANTHONY B. KERRIGONE<br>ABK LLC<br>**Plaintiffs** | *Tobin D. Kern* |
| v. | |
| WILSON-DAVIS & CO INC<br>**Defendant** | *Richard F. Ensor* |

## COURTROOM MINUTES

**TRIAL PREPARATION CONFERENCE**

Court in Session: 1:28 p.m.

Appearance of counsel.

Discussion held on claims in the case.

Jury instructions reviewed and ruled upon as stated on the record.

Discussion held on testimony of defense counsel and account statements.

Court in Recess: 3:09 p.m.          Hearing concluded.          Total time in Court: 01:41