UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02652-MEH

ABK LLC, a Colorado limited liability company; and
ANTHONY B. KERRIGONE, an individual,

    Plaintiffs/Counterclaim-defendants,

v.

WILSON-DAVIS & CO., INC., a Utah corporation

    Defendant/Counterclaim-plaintiff.

## KERRIGONE MOTION *in Limine*

1.    The Court may recall that at the Pre-Trial Conference on August 25, 2017, the parties agreed that Wilson-Davis will not argue at trial that Wilson-Davis held a security interest in the ABK, LLC account at issue – a business account which ABK, LLC kept at the firm and which Wilson-Davis improperly seized in October 2014 due to claimed indemnity obligations of Kerrigone personally. On the basis of that affirmation by Wilson-Davis counsel, ABK and Kerrigone agreed to withdraw certain affirmative defenses.

2.    After the conference, ABK and Kerrigone asked Wilson-Davis to stipulate that it will not attempt to introduce evidence that Wilson-Davis held a security interest in the ABK, LLC business account. Wilson-Davis is now equivocating, stating that "if" Wilson-Davis "raises that argument," then ABK, LLC and Kerrigone can go back to asking for certain jury instructions, object to relevance, etc. That was not the deal, and the fact is that there is no evidence that ABK, LLC, as opposed to Kerrigone personally, ever entered into any security agreement with Wilson-Davis. Wilson-Davis's apparent intent is to show the jury a security agreement with Kerrigone personally and then argue or ask the jury to infer therefrom that it

1

also held a security interest in any ABK, LLC business account. Evidence of any prior or current security interest in a Kerrigone personal account is not relevant to any issue in the case in any event, nor has Wilson-Davis so argued.

3.  Kerrigone requests entry of an order prohibiting Wilson-Davis from attempting to introduce evidence at trial of any security interest in the ABK, LLC business account, consistent with counsel's affirmation at the Pre-Trial Conference.

Dated this 31st day of August, 2017.

                VOLANT LAW LLC

                *s/ Tobin D. Kern*
                Tobin D. Kern, #29384
                Volant Law LLC
                333 W. Hampden Ave., Ste. 1000
                Englewood, CO  80110
                (303) 790-8400
                tkern@volantlaw.com
                *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 31st day of August, 2017, the foregoing was sent via Electronic Mail and First Class Mail to the following:

    Richard F. Ensor
    MICHAEL BEST & FRIEDRICH LLP
    6995 Union Park Center, Suite 100
    Salt Lake City, Utah 84047
    (801) 833-0506
    rfensor@michaelbest.com

                          By: */s/ Ann Lamoureux*
                              Ann Lamoureux